**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

| | |
|---|---|
| **LAZARO MARTINEZ,** ) | File No.10 - 5019 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION FOR DISMISSAL** |
| vs. ) | |
| ) | |
| **UNITED FIRE AND CASUALTY COMPANY,** ) | |
| ) | |
| Defendant. ) | |

COME NOW the above-named parties, by and through their attorneys, hereby stipulate and agree that the above-entitled action may be dismissed upon its merits, with prejudice and without costs to either party.

Date: 3-4-11

ABOUREZK LAW FIRM

By: _____
Mike Abourezk
2020 W. Omaha
Rapid City, SD 57709-9460
Telephone: (605) 342-0097
Facsimile: (605) 342-5170
mike@abourezk.com
*Attorneys for Plaintiff*

Date: March 3, 2011

MAY & JOHNSON, P.C.

By: _____
Lon J. Kouri
P.O. Box 88738
Sioux Falls, SD 57109-8738
Telephone: (605) 336-2565
Facsimile: (605) 336-2604
lkouri@mayjohnson.com
*Attorneys for Defendant*

1