UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| LAZARO MARTINEZ, | ) | CIV. 10-5019-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| UNITED FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation for dismissal (Docket 19), it is hereby

ORDERED, ADJUDGED, and DECREED that this action is dismissed on its merits with prejudice and without costs or further notice to either party.

Dated March 7, 2011.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE